UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. KLINE,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED NORTHERN MORTGAGE BANKERS LIMITED, ET AL.,<br><br>       Defendants. | Case No. 4:18-CV-00489-MWB<br><br><br><br>Judge:   Hon. Matthew W. Brann |

**DEFENDANT UNITED NORTHERN'S
MOTION TO DISMISS THE COMPLAINT**

**(Oral Argument Requested)**

The Defendant, United Northern Mortgage Bankers Ltd. ("United Northern"), by and through its undersigned counsel, Weiner Brodsky Kider PC, hereby moves to dismiss the Complaint filed by Plaintiff, Robert D. Kline ("Plaintiff"), on February 28, 2018, in its entirety, for failure to state a claim upon which relief may be granted, pursuant to the Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the accompanying memorandum of law, which is incorporated herein by reference. United Northern also respectfully requests oral argument on its motion.

Respectfully submitted,

By: /s/ *Timothy P. Ofak*
Timothy P. Ofak (PA Bar No. 203087)
Jason W. McElroy (Pro Hac Vice)
B. Kyle McWaters (Pro Hac Vice)
Weiner Brodsky Kider PC
1300 19th Street, N.W.
Fifth Floor
Washington, D.C. 20036
Telephone: 202-628-2000
Fax: 202-628-2011
Email: mcelroy@thewbkfirm.com
    ofak@thewbkfirm.com
    mcwaters@thewbkfirm.com

*Counsel for Defendant, United Northern Mortgage Bankers Limited*