# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ROBERT K. KLINE, | No. 4:18-CV-00489 |
|---|---|
| Plaintiff, | (Judge Brann) |
| v. | |
| UNITED NORTHERN MORTGAGE BANKERS LTD., | |
| Defendant. | |

## ORDER

### SEPTEMBER 17, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that United Northern Mortgage Bankers Limited's Motion to Dismiss, ECF No. 20, is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiff's demand for attorneys' fees, ECF No. 1 ¶ 5, is **DISMISSED WITH PREJUDICE**;

2. The Motion to Dismiss is otherwise **DENIED.**

3. Defendant **SHALL ANSWER** Plaintiff's Complaint within fourteen days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge