# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. KLINE, *individually and on behalf of others similarly situated*, | No. 4:18-CV-00489 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UNITED NORTHERN MORTGAGE BANKERS LIMITED, *et al.*, | |
| Defendants. | |
| ------------------------------------------------ | |
| UNITED NORTHERN MORTGAGE BANKERS LIMITED, | |
| Third-Party Plaintiff, | |
| v. | |
| TOUCHSTONE COMMUNICATIONS, LLC, | |
| Third-Party Defendant. | |
| ------------------------------------------------ | |
| TOUCHSTONE COMMUNICATIONS, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| INTERACTIVE MARKETING PARTNERS, LLC, | |
| Third-Party Defendant. | |

# ORDER

**JULY 29, 2020**

**BACKGROUND:**

In response to the Court's most recent Order of July 22, 2020,[1] Third-Party Plaintiff Touchstone Communications, LLC has demonstrated that the hourly rate it has provided is itself reasonable, via a declaration provided by Andrew M. Schwartz, Esq.[2] Mr. Schwartz's declaration allows the Court to hold that his suggested hourly rate is comparable to the current rates prevailing in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation.[3] Accordingly, the Court finds that Touchstone has sufficiently supported its request for a default judgment in the amount of $83,052.37.

**THEREFORE**, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter default judgment against Third-Party Defendants Interactive Marketing Partners, LLC, and in favor of Third-Party Plaintiff, Touchstone Communications, LLC, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, in the amount of $83,052.37.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] *See* Doc. 62.
[2] *See* Doc. 63.
[3] *See id.*