UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robert D. Kline, individually and on behalf of others similarly situated, | : : | No. 4:18-CV-489 |
| Plaintiff, | : : | (Judge Brann) |
| vs. | : : | |
| United Northern Mortgage Bankers Limited, et al., | : : : | |
| Defendants. | : : | |
| ------------------------------------------------- | : : | |
| United Northern Mortgage Bankers Limited, | : : | |
| Third Party Plaintiff, | : : | |
| vs. | : : | |
| Touchstone Communications, LLC, | : : | |
| Third Party Defendant. | : : | |
| ------------------------------------------------- | : : | |
| Touchstone Communications, LLC, | : : | |
| Third Party Plaintiff, | : : | |
| vs. | : : | |
| Interactive Marketing Partners, LLC, | : : | |
| Third Party Defendant. | : | |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

___ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($          ), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per

annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   default judgment entered against Third-Party Defendants Interactive Marketing Partners, LLC, and in favor of Third-Party Plaintiff, Touchstone Communications, LLC, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, in the amount of $83,052.37 .

This action was:

\_\_\_\_ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to July 29, 2020 Order.



Dated: 7/29/2020            Peter Welsh, Clerk of Court
                            By: s/Lisa A. Gonsalves, deputy