# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. KLINE, | No. 4:18-CV-00489 |
| Plaintiff, | (Judge Brann) |
| v. | |
| UNITED NORTHERN MORTGAGE BANKERS LIMITED, | |
| Defendant. | |

## ORDER

**AND NOW**, this 27th day of January 2021, in light of the Joint Stipulation of Dismissal, Doc. 66, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge